IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| E.S.R., *a minor, who sues by and through his mother and next friend*, BREANDA MCCRAY, ) ) ) Plaintiff, ) ) v. ) ) JOANNE B. BARNHART, ) COMMISSIONER OF SOCIAL SECURITY, ) ) Defendant. ) | 2:04-cv-01197-B [WO] |

**ORDER**

Pursuant to the E-Government Act of 2002, as amended on August 2, 2004, and the General Order Implementing Requirements of the E-Government Act entered by this court on December 16, 2004 (General Order No. 2:04-mc-3228), it is hereby

**ORDERED** that the caption of this case is changed to REDACT the name of the minor child, as only the initials of the child should be used, and REFLECT that this action is brought by Breanda McCray, as mother and next friend of E.S.R. The parties are directed to use the new caption as it appears on this Order for all future submissions to the court.

Done this 29th day of December, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE