IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| E.S.R., *a minor, who sues by and through his mother and next friend*, BREANDA MCCRAY,<br><br>   Plaintiff,<br><br>v.<br><br>JOANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)    2:04-cv-01197-B<br>)<br>)    [WO]<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the *Memorandum Opinion* entered this date, it is **ORDERED, ADJUDGED and DECREED** that:

1. The decision of the Commissioner of Social Security is affirmed.

2. **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is entered for the Defendant, Commissioner of Social Security and against the Plaintiff, E.S.R., *a minor, who sues by and through his mother and next friend*, Breanda McCray.

3. This action is dismissed with prejudice.

Done this 23rd day of February, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE